An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ERICK MARQUIS BROWN,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 68072

**FILED**

JUL 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On May 21, 2015, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
                    Saitta

_____ J.
Gibbons

_____, J.
        Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
       Erick Marquis Brown
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-21838